SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# INTO REGISTRY ACCOUNT

TO:    1. Intake Clerk *

         2. Case Administrator

FROM:    Financial Administrator

DATE: **2·18·2010**

**UC**

CASE NAME: **Fallecker**

CASE NUMBER: **04·34615**

---

Check Number **6170637** in the amount of $ **34,842.20** was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: **10623**      Intake Clerk's Initials _Q_

---

\*    AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD TO</u> THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.

#4b-F

2010 FEB 18   1:15

Office Of The Chapter 13 Trustee
Western District of Pennsylvania
US Steel Tower - Suite 3250
600 Grant Street
Pittsburgh PA 15219

Ronda J. Winnecour
Standing Trustee

Richard J. Bedford  						Phillip J. McHale, III
Chief Counsel     						Chief Accountant

February 11, 2010

John J. Horner, Esquire			OR		John J. Horner, Esquire
Clerk, U.S. Bankruptcy Court				Clerk, U.S. Bankruptcy Court
5414 U.S. Steel Tower					U.S. Courthouse, Room B160
600 Grant Street					17 South Park Row
Pittsburgh PA 15219					Erie PA 16501

RE:   JAMES E. FALLECKER
      PATRICIA A. FALLECKER
Case No.: 04-34615  D

Dear Mr. Horner:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case referenced above.

These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

FIRSTPLUS FINANCIAL++
1600 VICEROY DR
DALLAS TX
75235-2306

CHECK NUMBER  670637                      AMOUNT $  34,842.20

The disbursement(s) was returned to the Trustee for the following reason:

__X__  a.   Trustee has been unable to locate Creditor.

_____  b.   Creditor returned funds.

_____  c.   Stale dated, check 90 days old and not negotiated.

Page Two
Unclaimed funds
04-34615 D

      Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

                                     Very truly yours,

                                     RONDA J. WINNECOUR
                                     for Standing Chapter 13 Trustee

cc: KENNETH M STEINBERG ESQ
    JAMES E. FALLECKER
    PATRICIA A. FALLECKER
    FIRSTPLUS FINANCIAL++
    Creditor